# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | **CRIMINAL NO.** 4:20-cr-406 |
| **v.** | § § | |
| | § | **Count 1: 18 U.S.C. § 641** |
| **PORSHA JENIQUE HOPES,** | § | United States Courts |
| **Defendant.** | § | Southern District of Texas |
| | | FILED |

*September 04, 2020*

**CRIMINAL INFORMATION**

David J. Bradley, Clerk of Court

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### Theft of Government Property Greater than $1,000
### (18 U.S.C. § 641)

From in or around December 2015, and continuously through in and around July 2018, within the Southern District of Texas,

**PORSHA JENIQUE HOPES,**

defendant herein, did steal, purloin, and knowingly convert to her own use and the use of another, money of the United States of a value greater than $1,000, namely, monthly Social Security benefits intended for the benefit of defendant's mother, who passed away in November 2015, which money defendant was not entitled to receive.

In violation of Title 18, United States Code, Section 641.

## NOTICE OF CRIMINAL FORFEITURE
### (28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant,

**PORSHA JENIQUE HOPES,**

that in the event of conviction of the offense charged in this Information, the United States intends

1

to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

## **Money Judgment and Substitute Assets**

The United States may seek imposition of a money judgment against the defendant.   In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

RYAN K. PATRICK
United States Attorney

By:    /s/ Benjamin C. Sandel

Benjamin C. Sandel
Special Assistant United States Attorney
713-567-9726

2